SENIOR CITIZENS HOUSING COUNCIL OF MORRIS PLAINS v.
ZONING BOARD OF ADJUSTMENT OF THE BOROUGH
OF MORRIS PLAINS.

September 30, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. BRYON PETER ATHANASIOU.

September 30, 1980.

Petition for certification denied.

GERALD DI GIORGIO v. SABBIO SCALA.

September 30, 1980.

The petition for certification is granted and the matter is summarily reversed and remanded to the Superior Court, Appellate Division, for reinstatement of the appeal and consideration of the matter on the merits.   Jurisdiction is not retained.

CARMEN SAGINARIO v. ATTORNEY GENERAL, STATE OF
NEW JERSEY.

September 30, 1980.

Petition for certification denied.